# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162563(52)

MELISSA SCHAIBLE, as Conservator for
ADRIANA ELAINE HOBBS,
        Plaintiff-Appellee,

v

JACQUELYN A. ROBINSON, M.D., and
VALLEY OB-GYN CLINIC, PC,
        Defendant-Appellant,
and

IVAN TRINH, M.D., JENNIFER L.
LANGSCHWAGER, R.N., CASSANDRA K.
LANGE, R.N., COVENANT MEDICAL
CENTER, INC., and COVENANT
HEALTHCARE SYSTEM,
        Defendants.
_____/

SC: 162563
COA: 349645
Saginaw CC: 17-032339-NH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer is GRANTED. The answer submitted on March 15, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2021



Clerk